**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-10180-TPA |
| | : | |
| **Richard E Scriven, Jr.,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | DOCKET NO.: |
| **Richard E Scriven, Jr.,** | : | |
| Movant, | : | HEARING DATE & TIME: |
| | : | |
| vs. | : | |
| | : | |
| **M & T Bank,** | : | |
| **Mercer County Tax Claim Bureau,** | : | |
| **PA Department of Revenue,** | : | |
| | : | **FILED PURSUANT TO 11 USC § 362 (C) (3) (B)** |
| **AND** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee** | : | |
| **Respondents.** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**MOTION TO EXTEND THE AUTOMATIC STAY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **April 9, 2018**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **May 2, 2018 at 11:30am** before Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: March 23, 2018

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Extend the Automatic Stay and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.


Executed on: **March 23, 2018**　　　　　　　　　　　　　　　*By: /s/ Clarissa Bayhurst*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clarissa Bayhurst, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

Fnb Consumer Discount Company
41a Hadley Road
Greenville, PA 16125-1239

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Richard E. Scriven Jr.
3828 North Hermitage Road
Transfer, PA 16154-1824

(p)AARON S INC
PO BOX 100039
KENNESAW GA 30156-9239

Mercer County Tax Claim Bureau
104 Mercer County Courthouse
Mercer, PA 16137-1224

PRA Receivables Management, LLC
claims@recoverycorp.com

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Comenity Bank / New York
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov