# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CASE NO. 18-10180-TPA |
| Richard E Scriven, Jr., : | CHAPTER 13 |
| Debtor. : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

January 12, 2018

January 26, 2018

February 9, 2018

February 23, 2018

**Next Payment Advice Expected (post-filing):**

March 9, 2018

C.B.                                                           SCRIVEN, RICHARD E, JR.

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-10180-TPA |
| | : | |
| **Richard E Scriven, Jr.,** | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| **Richard E Scriven, Jr.,** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Richard E Scriven, Jr.**, hereby state as follows:

1.) I am employed at A Stucki Co., where I bring home an average of $2,361.91 per month.
2.) I live with my girlfriend who brings home an average of $500.00 per month from employment and her daughter receive Food Stamps in the amount $500.00 per month.
3.) I also receive rental income in the amount of $110.00 per month.
4.) I was required to file 2016 - 2017 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: March 26, 2018            /s/ Richard E Scriven, Jr.
                                Debtor

| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|---|---|---|---|---|---|
| UG6 | 030396 | 00P600 | | 0090614199 | 1 |

A STUCKI CO
360 WRIGHT BROTHERS DRIVE
MOON TOWNSHIP, PA 15108
COMPANY PH#: 412-424-0560

# Earnings Statement

Period Beginning:  12/24/2017
Period Ending:    01/06/2018
Pay Date:         01/12/2018

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  4
  PA:       N/A

RICHARD SCRIVEN
3828 NORTH HERMITAGE ROAD
TRANSFER PA 16154

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 55.00 | 880.00 | 880.00 |
| Overtime | 24.0000 | 6.00 | 144.00 | 144.00 |
| Holiday | 16.0000 | 24.00 | 384.00 | 384.00 |
| **Gross Pay** | | | **$1,408.00** | 1,408.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -27.93 | 27.93 |
| | Social Security Tax | -78.32 | 78.32 |
| | Medicare Tax | -18.32 | 18.32 |
| | PA State Income Tax | -38.78 | 38.78 |
| | Sharon City Income Tax | -12.63 | 12.63 |
| | Sharon City Local Svc Tax | -2.00 | 2.00 |
| | PA SUI/SDI Tax | -0.84 | 0.84 |
| | **Other** | | |
| | Dental | -18.92* | 18.92 |
| | Health/Medical | -120.00* | 120.00 |
| | Vision | -5.86* | 5.86 |
| | 401K | -28.16* | 28.16 |
| | **Net Pay** | **$1,056.24** | |
| | **Net Check** | **$1,056.24** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are
$1,235.06



| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|---|---|---|---|---|---|
| UG6 | 030396 | 00P600 | | 0090631329 | 1 |

A STUCKI CO
360 WRIGHT BROTHERS DRIVE
MOON TOWNSHIP, PA 15108
COMPANY PH#: 412-424-0560

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:    4
    PA:    N/A

# Earnings Statement

Period Beginning:    01/07/2018
Period Ending:    01/20/2018
Pay Date:    01/26/2018

RICHARD SCRIVEN
3828 NORTH HERMITAGE ROAD
TRANSFER  PA  16154

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 80.00 | 1,280.00 | 2,160.00 |
| Overtime | | | | 144.00 |
| Holiday | | | | 384.00 |
| **Gross Pay** | | | **$1,280.00** | 2,688.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -2.70 | 30.63 |
| | Social Security Tax | -70.38 | 148.70 |
| | Medicare Tax | -16.46 | 34.78 |
| | PA State Income Tax | -34.85 | 73.63 |
| | Sharon City Income Tax | -11.35 | 23.98 |
| | Sharon City Local Svc Tax | -2.00 | 4.00 |
| | PA SUI/SDI Tax | -0.77 | 1.61 |
| | **Other** | | |
| | Dental | -18.92* | 37.84 |
| | Health/Medical | -120.00* | 240.00 |
| | Vision | -5.86* | 11.72 |
| | 401K | -25.60* | 53.76 |
| **Net Pay** | | | **$971.11** |
| **Net Check** | | | **$971.11** |

* Excluded from federal taxable wages
Your federal taxable wages this period are
$1,109.62



© 1998, 2006. ADP, LLC All Rights Reserved.

TEAR HERE

© 2000 ADP, LLC

```
CO.   FILE    DEPT.   CLOCK  NUMBER    055
UG6   030396  00P600         0090650373  1
```

A STUCKI CO
360 WRIGHT BROTHERS DRIVE
MOON TOWNSHIP, PA 15108
COMPANY PH#: 412-424-0560

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  4
  PA:       N/A

# Earnings Statement

Period Beginning: 01/21/2018
Period Ending:    02/03/2018
Pay Date:         02/09/2018

RICHARD SCRIVEN
3828 NORTH HERMITAGE ROAD
TRANSFER PA 16154

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 80.00 | 1,320.00 | 3,480.00 |
| Overtime | 24.7500 | 7.00 | 173.25 | 317.25 |
| Holiday | | | | 384.00 |
| **Gross Pay** | | | **$1,493.25** | 4,181.25 |

Your federal taxable wages this period are $1,318.60

## Important Notes
YOUR HOURLY RATE HAS BEEN CHANGED FROM 16.0000 TO 16.5000.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.60 | 54.23 |
| | Social Security Tax | -83.61 | 232.31 |
| | Medicare Tax | -19.55 | 54.33 |
| | PA State Income Tax | -41.40 | 115.03 |
| | Sharon City Income Tax | -13.48 | 37.46 |
| | Sharon City Local Svc Tax | -2.00 | 6.00 |
| | PA SUI/SDI Tax | -0.90 | 2.51 |
| | **Other** | | |
| | Dental | -18.92* | 56.76 |
| | Health/Medical | -120.00* | 360.00 |
| | Vision | -5.86* | 17.58 |
| | 401K | -29.87* | 83.63 |
| | **Net Pay** | **$1,134.06** | |
| | **Net Check** | **$1,134.06** | |

* Excluded from federal taxable wages



| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|---|---|---|---|---|---|
| UG6 | 030396 | 00P600 | | 0090668775 | 1 |

A STUCKI CO
360 WRIGHT BROTHERS DRIVE
MOON TOWNSHIP, PA 15108
COMPANY PH#: 412-424-0560

## Earnings Statement

Period Beginning: 02/04/2018
Period Ending: 02/17/2018
Pay Date: 02/23/2018

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:    4
    PA:         N/A

RICHARD SCRIVEN
3828 NORTH HERMITAGE ROAD
TRANSFER PA 16154

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 80.00 | 1,320.00 | 4,800.00 |
| Overtime | 24.7500 | 4.50 | 111.38 | 428.63 |
| Holiday | | | | 384.00 |
| **Gross Pay** | | | **$1,431.38** | 5,612.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -17.53 | 71.76 |
| | Social Security Tax | -79.77 | 312.08 |
| | Medicare Tax | -18.66 | 72.99 |
| | PA State Income Tax | -39.50 | 154.53 |
| | Sharon City Income Tax | -12.87 | 50.33 |
| | Sharon City Local Svc Tax | -2.00 | 8.00 |
| | PA SUI/SDI Tax | -0.86 | 3.37 |
| | **Other** | | |
| | Dental | -18.92* | 75.68 |
| | Health/Medical | -120.00* | 480.00 |
| | Vision | -5.86* | 23.44 |
| | 401K | -28.63* | 112.26 |

**Net Pay**                $1,086.78

**Net Check**              $1,086.78

* Excluded from federal taxable wages
Your federal taxable wages this period are
$1,257.97



© 1998 2006 ADP, LLC. All Rights Reserved

© 2000 ADP, LLC