## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 18-10180-TPA** |
| | : | |
| **Richard E Scriven, Jr.,** | : | **CHAPTER 13** |
| Debtor, | : | |
| | : | **DOCKET NO.:** |
| **Richard E Scriven, Jr.,** | : | |
| Movant, | : | **HEARING DATE & TIME:** |
| | : | |
| **vs.** | : | |
| | : | |
| **M & T Bank,** | : | |
| **Mercer County Tax Claim Bureau,** | : | |
| **PA Department of Revenue,** | : | |
| | : | **FILED PURSUANT TO 11 USC § 362 (C) (3) (B)** |
| **AND** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

### CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Regarding Motion to Extend the Automatic Stay by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **April 12, 2018**

*By: /s/ Clarissa Bayhurst*
Clarissa Bayhurst, PARALEGAL
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Fnb Consumer Discount Company
41a Hadley Road
Greenville, PA 16125-1239

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Richard E. Scriven Jr.
3828 North Hermitage Road
Transfer, PA 16154-1824

(p)AARON S INC
PO BOX 100039
KENNESAW GA 30156-9239

Mercer County Tax Claim Bureau
104 Mercer County Courthouse
Mercer, PA 16137-1224

PRA Receivables Management, LLC
claims@recoverycorp.com

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Comenity Bank / New York
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov