**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/11/18 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-10180-TPA |
| | : | |
| Richard E Scriven, Jr., | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | DOCKET NO.: 13 |
| Richard E Scriven, Jr., | : | |
| Movant, | : | HEARING DATE & TIME: |
| | : | |
| vs. | : | |
| | : | |
| M & T Bank, | : | |
| Mercer County Tax Claim Bureau, | : | |
| PA Department of Revenue, | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
| AND | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**ORDER REGARDING MOTION TO EXTEND THE AUTOMATIC STAY**

**AND NOW,** on this __11th__ day of __April__, 2018, upon consideration of the within Motion to Extend the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED that the Automatic Stay is EXTENDED pursuant of 11 U.S.C. §362 (C) (3) (B). The Automatic Stay provided under 11 U.S.C. §362 (a) is EXTENDED as to all respondents until further Order of Court.

BY THE COURT,

_____  ljm
Thomas P. Agresti, Judge
United States Bankruptcy Court

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                             Case No. 18-10180-TPA
Richard E. Scriven, Jr.                                            Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 0315-1          User: amaz                  Page 1 of 1                  Date Rcvd: Apr 11, 2018
                              Form ID: pdf900             Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db             +Richard E. Scriven, Jr.,    3828 North Hermitage Road,    Transfer, PA 16154-1824
14784706       ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
                (address filed with court:    Aarons Sales & Lease,    Attn: Bankruptcy,
                 309 East Paces Ferry Road Ne,    Atlanta, GA 30305)
14784707       +Comenity Bank / New York,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14784708       +Fnb Consumer Discount Company,    41a Hadley Road,    Greenville, PA 16125-1239
14784709       +KML Law Group, PC,    BNY Independence Center,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14784711       +Mercer County Tax Claim Bureau,    104 Mercer County Courthouse,    Mercer, PA 16137-1224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14784710        E-mail/Text: camanagement@mtb.com Apr 12 2018 01:38:02      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
14784712       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2018 01:38:22      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14785837       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2018 01:43:35
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LakeView Loan Servicing, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Richard E. Scriven, Jr. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```