**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| RICHARD E. SCRIVEN, JR. | Case No. 18-10180TPA |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| MERCER COUNTY TAX CLAIM BUREAU | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDITOR HAS INDICATED THAT 2016-17 TAX YEARS HAVE BEEN PAID IN FULL.

| | |
|---|---|
| MERCER COUNTY TAX CLAIM BUREAU<br>3 MERCER COUNTY COURTHOUSE<br>MERCER, PA 16137 | Court claim# 1/Trustee CID# 4 |

The Movant further certifies that on 06/11/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>RICHARD E. SCRIVEN, JR., 3828 NORTH HERMITAGE ROAD, TRANSFER, PA  16154 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA  16335 |

ORIGINAL CREDITOR:
MERCER COUNTY TAX CLAIM BUREAU, 3 MERCER COUNTY COURTHOUSE, MERCER, PA  16137

NEW CREDITOR: