IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    *

    RICHARD SCRIVEN                    *        Case No. 18-10180

    Debtor                            *        Chapter: 13

                                      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## LINE REQUESTING WITHDRAWAL OF PROOF OF CLAIM #2

NOW COMES the Creditor, Regency Finance Company ("Regency"), by and through its Bankruptcy Clerk, Katie-Lynn Murphy, and states as follows:

Creditor's claim has no balance. Therefore, Creditor would request the withdrawal of proof of claim number 2.

Respectfully submitted,

MARINER FINANCE, LLC

By:   /s/ Katie-Lynn Murphy
      Katie-Lynn Murphy
      Bankruptcy Assistant Manager
      Mariner Finance, LLC
      8211 Town Center Drive
      Nottingham, Maryland 21236

FILED
22 APR 18 AM 11:57
CLERK
U.S. BANKRUPTCY
COURT – ERIE

## CERTIFICATE OF SERVICE

I hereby certify this 4th day of April, 2022 that a copy of the foregoing Line with attachments was mailed via first class mail, postage prepaid, to:

Richard E. Scriven, Jr.
3828 North Hermitage Road
Transfer, PA 16154

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
*Attorney for Debtor*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

/s/ Katie-Lynn Murphy
Katie-Lynn Murphy
Bankruptcy Assistant Manager
Mariner Finance, LLC
8211 Town Center Drive
Nottingham, Maryland 21236

2

P.O. BOX 44850
BALTIMORE, MD 21236

RETURN SERVICE REQUESTED

US Bankruptcy Court
Attn: Court Clerk
Room B160
17 South Park Row
Erie, PA 16501

Hasler
04/14/2022
US POSTAGE
$00.53

ZIP 21236
011D11639702