FILED
4/19/22 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RICHARD SCRIVEN        *        Case No. 18-10180

Debtor                 *        Chapter: 13

                       *

*  *  *  *  *  *  *  *  *  *  *  *

### LINE REQUESTING WITHDRAWAL OF PROOF OF CLAIM #2

NOW COMES the Creditor, Regency Finance Company ("Regency"), by and through its Bankruptcy Clerk, Katie-Lynn Murphy, and states as follows:

Creditor's claim has no balance. Therefore, Creditor would request the withdrawal of proof of claim number 2.

Respectfully submitted,

MARINER FINANCE, LLC

By: /s/ Katie-Lynn Murphy
Katie-Lynn Murphy
Bankruptcy Assistant Manager
Mariner Finance, LLC
8211 Town Center Drive
Nottingham, Maryland 21236

FILED
22 APR 18 AM 11:57
CLERK
U.S. BANKRUPTCY
COURT - ERIE

SO ORDERED
April 19, 2022

nms

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard E. Scriven, Jr.  
    Debtor

Case No. 18-10180-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Apr 19, 2022      Form ID: pdf900      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Regency Finance Company, PO Box 44850, Baltimore, MD 21236-6850 |
| 14815805 | + | REGENCY FINANCE COMPANY, 41A HADLEY RD., GREENVILLE, PA 16125-1239 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: bankruptcy@marinerfinance.com | Apr 19 2022 23:32:00 | Mariner Finance, LLC, 8211 Town Center Drive, Attn: Katie-Lynn Murphy, Bankruptcy Assistant Manager, Nottingham, MD 21236-5904 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

**Name**      **Email Address**  
Brian Nicholas  
    on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com

Daniel P. Foster  
    on behalf of Debtor Richard E. Scriven Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Apr 19, 2022 Form ID: pdf900 Total Noticed: 3

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 4