Certificate Number: 03088-PAW-DE-037430259

Bankruptcy Case Number: 18-10180



03088-PAW-DE-037430259

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 15, 2023</u>, at <u>2:02</u> o'clock <u>PM CDT</u>, <u>Richard E Scriven Jr.</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>May 15, 2023</u>

By:  <u>/s/Katherine Minnich</u>

Name:  <u>Katherine Minnich</u>

Title:  <u>Counselor</u>